## United States District Court for the Northern District of Illinois

Case Number: **08 C 5 0 2 0 1**

Assigned/Issued By: _____

**FILED**
SEP 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### FEE INFORMATION

Amount Due:  ☒ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: 350—
Date Paid: 9-8-08

Receipt #: 3089313
0752000000000
Fiscal Clerk: _____

### ISSUANCES

Type Of Issuance:
☐ Summons
☐ Alias Summons
☐ Third Party Summons
☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

2 Original and 0 copies on 9-9-08 as to defts
(Date)